IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLEAVER BROOKS COMPANY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>B&K MECHANICAL CONTRACTORS, LLC, doing business as Grunwald Mechanical Contractors & Engineers; and AMERISURE MUTUAL INSURANCE COMPANY,<br><br>Defendants. | 4:23-CV-3243<br><br>JUDGMENT |

On the parties' stipulation for dismissal with prejudice, this case is dismissed with prejudice, each party to pay its own costs and attorney's fees.

Dated this 15th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge